

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 13 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Thomas Steven Chepke, Jr.
Pamela Wallis Chepke

SSN#: XXX-XX-7258
SSN#: XXX-XX-0545

Chapter 13
CASE NO:    11-30901
Related Court Docket Number: 31

### ORDER

ON 06/12/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:
[ Y ] Debtors present          [ Y ] BETH B CARTER present
[✓] Plan payments are in substantial default.
[✓] Debtors can resume payments __June 2013__.
[ ]

IT IS, THEREFORE, ORDERED that:
[ ] Case is hereby dismissed.
[ ] Case subject to dismissal without further notice upon payment default for _____.
[ ] Case subject to dismissal if not converted to Chapter 7 within ____ days.
[✓] Plan payments are to resume at/to be changed to $ __3000.00__ per month. **for 12 months** *
[ ] Plan composition percentage is set at _____ %.
[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.
[ ] Case subject to dismissal if plan payments not completed by _____.
[ ] Plan term is extended as necessary.
[✓] Attorney for debtors allowed presumptive, non-base fee of $ __200.00__.
[ ] Hearing is continued to _____.
[✓] Motion is denied.
[✓] *** Hearing to be held June 2014 to determine status of real property sale and future plan payments.**

This Order has been signed electronically, pursuant
to administrative order of the Court. Effective as of
date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on June 13, 2013.

Thomas Steven Chepke, Jr. & Pamela Wallis Chepke, 20046 Shearer Road, Davidson, NC 28036

S. Sloan
Office of the Chapter 13 Trustee